# In the United States District Court for the Southern District of Georgia
## Savannah Division

| | |
|---|---|
| KOLTON CHASE WIGGINS,<br><br>    Plaintiff,<br><br>v.<br><br>MARK ANDERSON, et al.,<br><br>    Defendants. | 4:23-cv-226 |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 6. Plaintiff did not file Objections to the Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES without prejudice** Plaintiff's complaint based on his failure to follow this Court's Order and Local Rules. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment.

**SO ORDERED**, this 3 day of October, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA